U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 18 2016
CLERK, U.S. DISTRICT COURT
By_____
         Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HAJRETA CEMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-543-A |
| | § | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § § § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein Hajreta Ceman, is plaintiff and the Acting Commissioner of Social Security, currently Carolyn W. Colvin, ("Commissioner") is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for supplemental security income. On April 1, 2016, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation ("FC&R"), and granted the parties until April 15, 2016, in which to file and serve any written objections thereto. To date, neither party has filed objections. Nevertheless, the court has conducted a thorough study of the record, the magistrate judge's proposed findings and conclusions, and applicable legal authorities, and has concluded that the recommendation of the magistrate judge should be accepted.

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decision of the Commissioner that, based on the application for supplemental security income protectively filed on June 6, 2012, plaintiff, Hajreta Ceman, is not disabled under section 1614(a)(3)(A) of the Social Security Act, be, and is hereby, affirmed.

SIGNED April 18, 2016

JOHN McBRYDE
United States District Judge